JOSEPH A. MANDOUR, III (SBN 188896)
BEN T. LILA (SBN 246808)
MANDOUR & ASSOCIATES, APC
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Facsimile: (858) 487-9390
Email: jmandour@mandourlaw.com

Attorneys for plaintiff,
DISCOUNT MICRO SALES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCOUNT MICRO SALES, a California corporation,<br><br>    Plaintiff,<br><br>      v.<br><br>HARD DISK DIRECT, an unknown entity; and MOIZ KHAN, an individual;<br><br>    Defendants. | **Civil Case No. 8:16-cv-2140**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Discount Micro Sales (hereinafter "plaintiff"), by and through its counsel, alleges as its complaint against HARD DISK DIRECT and MOIZ KHAN (hereinafter collectively "defendants") as follows:

\\\

\\\

## NATURE OF THE ACTION

1. This is an action for copyright infringement under federal law pursuant to 17 U.S.C. § 501, *et seq*.

## THE PARTIES

2. Plaintiff DISCOUNT MICRO SALES is California corporation located in Fullerton, California.

3. Defendant Hard Disk Direct is an unknown entity located at 45333 Fremont Blvd., #5, Fremont, CA 94538.

4. Defendant Moiz Khan is an individual residing in Fremont, California.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1338 because the action arises under the copyright laws of the United States, and pendant jurisdiction of any and all state causes of action under 28 U.S.C. § 1367.

6. This Court has personal jurisdiction over defendants because defendants reside in California. Further, on information and belief, the defendants systematically and continuously direct business activities toward and into the Central District of California through sales, marketing and advertising on their publicly accessible, interactive Internet websites at HardDiskDirect.com and MemoryClearance.com.

7. Defendants' web pages at HardDiskDirect.com and MemoryClearance.com purport to provide shipping to 50 states throughout the U.S., including the Central District of California. Thus, all content that infringes plaintiff's copyright is viewable and for sale to consumers in the Central District of California.

8. Venue is proper and reasonable in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this

claim for infringement occurred in this district and defendants have significant, substantial and continuous contacts with the district.

## FACTS

9. Plaintiff DISCOUNT MICRO SALES ("DMS") is a business engaged in the sale of computer parts including, *inter alia,* computer memory. DMS sells on the Internet through its website Memory4Less.com.

10. Plaintiff's Memory4Less.com website comprises original photos, images, and text, all of which are the subject of U.S. Copyright Registration Nos. TX 7-506-781 dated February 17, 2012 and TX 8-266-780 dated November 17, 2016. As such, plaintiff's works are entitled to a statutory presumption of valid copyright rights. Attached hereto as **Exhibit A** are true and correct copy of plaintiff's copyright registration.

11. Defendant Hard Disk Direct ("HDD") is also engaged in the sale of computer parts including computer memory. HDD sells on the Internet through its websites HardDiskDirect.com and MemoryClearance.com.

12. The HardDiskDirect.com and MemoryClearance.com websites are publicly accessible, interactive websites that advertise to visitors and allows visitors to make purchases and track orders.

13. Due to the similarity of products sold by plaintiff and defendants, the parties compete directly for many of the same consumers.

14. Mr. Moiz Khan is a former employee of DMS. In 2015, Mr. Khan's employment at DMS ended. On information and belief, Mr. Khan was later (and is now currently) employed by HDD.

15. In or about 2015, defendants began copying images and text from DMS's Memory4Less.com website and reproduced such works on HDD's websites.

16. Text copied by defendants was reproduced verbatim on DMS's website, included unedited references to DMS' dba M4L (Memory4Less).

1  Attached hereto as **Exhibit B** are true and correct of copied text and photos.

2      17.    Defendants' copying and republication was without authorization. Defendants' copying was willful, oppressive, malicious and with wrongful intent to infringe the rights of plaintiff.

## CLAIMS FOR RELIEF

### First Claim for Relief

**(Copyright Infringement – Against All Defendants)**

18.    Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 17 of the complaint as though fully set forth herein.

19.    At all times relevant hereto, plaintiff has been the owner, author and/or assignee of all copyright rights or rights to assert copyright claims for the above works.

20.    Without authorization, defendants used, copied, reproduced, and republished the copyrighted material.  Defendants' copying, reproduction, and republication were commercial in character and purpose.  Defendants either completely or substantially used plaintiff's copyrighted content.  Because the copying was for the purpose of competing with plaintiff, it did not constitute fair use under any doctrine of copyright law.

21.    Plaintiff did not authorize defendants' copying, displaying, or republishing of the works.  Defendants infringed the copyrights of plaintiff's creative works by reproducing, republishing, publicly displaying, and creating derivates of the works.

22.    As a result of defendants' infringement, plaintiff has suffered, and will continue to suffer, substantial losses.

23.    Defendants knew the infringed works belonged to plaintiff and that they did not have authorization to exploit plaintiff's works.  Defendants' infringements were therefore willful.

24. On information and belief, defendants induced, caused and materially contributed to the infringing acts of others by encouraging, inducing, allowing, and assisting others to reproduce and republish plaintiff's works. Further, on information and belief, defendants had knowledge of the infringing acts of others relating to plaintiff's copyrighted works.

25. On information and belief, defendants have the right and ability to control the infringing acts of the individuals and entities that directly infringed plaintiff's works. Further, on information and belief, defendants obtained a direct financial benefit from the infringing activities of the individuals or entities that directly infringed plaintiff's works.

26. Defendants' actions, as set forth above, constitute copyright infringement in violation of the Copyright Act, 17 U.S.C. § 501, *et seq.*, all to the damage of plaintiff as previously alleged.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks that this Court grant judgment against defendants for the following:

A. Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, be temporarily restrained, and preliminarily and permanently enjoined from:

  i. infringing plaintiff's copyrighted works; and,
  ii. conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to in subparagraph (i) above.

B. Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, deliver for destruction, or show proof of destruction of, any and all products, labels, signs, prints, packages, wrappers, receptacles, and advertisements, and any

other materials in their possession or control that depict or reference any of plaintiff's copyrighted materials and/or any materials or articles used for making or reproducing the same.

C. Defendants file with the Court and serve on plaintiff, within 30 days after the entry and service on defendants of an injunction, a report in writing and attested to under penalty of perjury setting forth in detail the manner and form in which defendants have complied with the provisions of subparagraphs (A) and (B) above.

D. Plaintiff recover all damages it has sustained as a result of defendants' copyright infringement.

E. Plaintiff be awarded statutory damages.

F. Plaintiff be awarded its reasonable attorneys' fees for prosecuting this action.

G. Plaintiff recover its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law.

H. Plaintiff receives all other relief the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by the jury on its claims herein and all issues and claims so triable in this action.

Respectfully submitted,

Dated: December 5, 2016          MANDOUR & ASSOCIATES, APC


　　　　　　　　　　　　　　　　 /s/ Ben T. Lila
Ben T. Lila (SBN 246808)
blila@mandourlaw.com
Attorneys for Plaintiff,
DISCOUNT MICRO SALES

**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-266-780**
**Effective Date of Registration:**
November 17, 2016

## Title

Title of Work: Memory4Less.com

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: August 28, 2016
Nation of 1st Publication: United States

## Author

- Author: Discount Micro Sales
  Author Created: text; photograph(s); artwork; compilation of text, artwork, and photos
  Work made for hire: Yes
  Domiciled in: United States

- Author: DMS Research (PVT) Ltd.
  Author Created: text; photograph(s); compilation of text and photos
  Work made for hire: Yes
  Domiciled in: Pakistan

## Copyright Claimant

Copyright Claimant: Discount Micro Sales
1504 W. Commonwealth Avenue, Suite B, Fullerton, CA, 92833, United States
Transfer statement: By written agreement

## Limitation of copyright claim

Material excluded from this claim: text; photograph(s); artwork; previously registered compilation of artwork, text, and photos
Previous registration and year: TX0007506781

New material included in claim: text; photograph(s); artwork; compilation of text, artwork and photos

## Rights and Permissions

Organization Name: Mandour & Associates, APC
Name: Joseph A. Mandour

Page 1 of 2

EXHIBIT A

        Email: jmandour@mandourlaw.com
    Address: 8605 Santa Monica Blvd., Suite 1500
                Los Angeles, CA 90069 United States

## Certification

                         Name: Joseph A. Mandour
                          Date: October 04, 2016
Applicant's Tracking Number: 8332.02-002

        Correspondence: Yes

Page 2 of 2

EXHIBIT A

**EXHIBIT B**





EXHIBIT B



EXHIBIT B